

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00021-CR

Ricardo **GUAJARDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 14150-CR
Honorable Enrique Fernandez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 31, 2021.

_____
Liza A. Rodriguez, Justice